IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00560-BNB

DANA COOPER,

    Plaintiff,

v.

C/O ARCHELETTA,
C/O DUTY,
C/O THOMAS,
C/O LOMBARDO,
CASE MANAGER BEARD,
CAPT. HUERTAS,
ASSOCIATE WARDEN ALLEN,
C/O VIALAPRANDO,
LT. CHAVEZ,
C/O DeMILLE,
C/O KENITZER,
SGT. MEYER,
C/O KRISTEN, and
WARDEN JONES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion" (Doc. No. 4), filed on March 10, 2010, is construed by the Court as a notice. Plaintiff's "Motion for Court Ordered Account Statement or Waiver Thereof" (Doc. No. 5), filed on March 10, is denied as moot. Plaintiff's "Motion to Discover Correct Spelling of All Defendants Under F.R.Civ.P. 26" (Doc. No. 7), filed on March 22, is denied as both premature and unnecessary.

Dated: April 21, 2010