IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00560-BNB

DANA COOPER,

    Plaintiff,

v.

C/O ARCHELETTA,
C/O DUTY,
C/O THOMAS,
C/O LOMBARDO,
CASE MANAGER BEARD,
CAPT. HUERTAS,
ASSOCIATE WARDEN ALLEN,
C/O VIALAPRANDO,
LT. CHAVEZ,
C/O DeMILLE,
C/O KENITZER,
SGT. MEYER,
C/O KRISTEN, and
WARDEN JONES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 1 2010

GREGORY C. LANGHAM
                CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M

Tafoya.

DATED April 21, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00560-BNB

Dana Cooper
Prisoner No. 135056
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/21/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk